# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

DEXTER WILLIAMS,   )   No. CV 08-1806-ABC (PLA)
)
    Petitioner,   )   **JUDGMENT**
)
    v.   )
)
M. S. EVANS, Warden,   )
)
    Respondent.   )
)

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/2/2010

*Audrey B. Collins*
_____
HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE